AO 451 (Rev. 01/09; DC 4/10) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CHAIM KAPLAN, et al., <br> *Plaintiff* <br> v. <br> THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, et al., <br> *Defendant* | Civil Action No. 10-cv-483 (RCL) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/30/2016.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 01/07/2026

*ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 30 2016
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| CHAIM KAPLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 09-00646 (RCL) |
| ) | |
| HEZBOLLAH, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| CHAIM KAPLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10-00483 (RCL) |
| ) | |
| THE CENTRAL BANK OF THE ) | |
| ISLAMIC REPUBLIC OF IRAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby,

ORDERED that final judgment is entered in favor of all plaintiffs and against defendants; it is furthermore,

ORDERED that plaintiffs are awarded $38,161,966.67 in compensatory damages and $131,277,165.34 in punitive damages, for a total award of $169,439,132.01 to be distributed as follows:

| Plaintiff | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Chaim Kaplan | $2,000,000 | $1,000,000 | $0 | $10,320,000 |
| Rivka Kaplan | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Arye Kaplan | $0 | $0 | $0 | $0 |
| Menachem Kaplan | $0 | $0 | $0 | $0 |
| Chana Kaplan | $0 | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| Mushka Kaplan | $0 | $0 | $0 | $0 |
| Efraim Kaplan | $0 | $0 | $0 | $0 |
| Brian Erdstein | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Karene Erdstein | $2,500,000 | $1,000,000 | $0 | $12,400,000 |
| Mayan Erdstein | $1,500,000 | $0 | $0 | $5,160,000 |
| Noa Erdstein | $0 | $0 | $0 | $0 |
| Netiya Erdstein | $0 | $0 | $0 | $0 |
| Ariel Erdstein | $0 | $0 | $0 | $0 |
| Chayim Kumer | $2,000,000 | $0 | $0 | $6,880,000 |
| Nechama Kumer | $1,500,000 | $0 | $0 | $8,600,000 |
| Malka Kumer | $0 | $0 | $0 | $0 |
| Chana Kumer | $0 | $0 | $0 | $0 |
| Laurie Rappeport | $1,500,000 | $850,000 | $0 | $8,084,000 |
| Margalit Rappeport | $1,500,000 | $0 | $0 | $5,160,000 |
| Michael Fuchs | $0 | $0 | $0 | $0 |
| Theodore Greenberg | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Moreen Greenberg | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Jared Sauter | $1,500,000 | $0 | $0 | $5,160,000 |
| Danielle Sauter | $0 | $1,000,000 | $0 | $3,440,000 |
| Dvora Kaszemacher | $1,500,000 | $850,000 | $11,966.67 | $8,125,165.34 |
| Chaya Alkareif | $1,500,000 | $750,000 | $0 | $7,740,000 |
| Avishai Reuvane | $1,500,000 | $0 | $0 | $5,160,000 |
| Elisheva Aron | $1,500,000 | $0 | $0 | $5,160,000 |
| Yair Mor | $850,000 | $0 | $0 | $2,924,000 |
| Mikimi Steinberg | $850,000 | $0 | $0 | $2,924,000 |
| Myra Mandel | $0 | $0 | $0 | $0 |
| **** | **$27,700,000** | **$10,450,000** | **$11,966.67** | **$131,277,165.34** |

It is furthermore,

ORDERED that defendants shall be liable for the entire $169,439,132.01; it is furthermore,

ORDERED that plaintiffs' Motion to Special Master to Reconsider/Modify his Recommendations with Regard to the Kaplan Plaintiffs be and hereby is DENIED; it is furthermore,

ORDERED that plaintiffs' Motion to Special Master to Reconsider/Modify his Recommendations with Regard to Plaintiffs Noa and Netiya Erdstein be and hereby is DENIED; it is furthermore,

ORDERED that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date to defendants.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: 9/29/16

/s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK