**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HAN KIM, *et al.*, Plaintiffs,<br><br>*v.*<br><br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, Defendant. | ) | Case Nos. 25-MC-527-MMG<br>26-MC-033-MMG<br>26-MC-094-MMG<br>26-MC-235-MMG |

## ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE

Upon consideration of Plaintiffs' Motion for Alternative Service of their Motion Under N.Y. C.P.L.R. § 5239 on Wallet Addresses 1–50, and the record in these matters, Plaintiffs' Motion for Alternative Service is GRANTED.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs are authorized to serve their motion on all wallet addresses identified in the Motion for Alternative Service via a non-fungible token containing a hyperlink to a website on which they will post the documents to be served alongside a copy of this order.

The Clerk of Court is respectfully directed to enter this Order.

SO ORDERED.

SIGNED this 16 day of September, 2026

The Hon. Margaret M. Garnett
United States District Judge